## 46571. ALEXANDER v. CEDARTOWN-ATLANTA FREIGHT LINES, INC.

WHITMAN, Judge. There being ample evidence in this action for personal injury and damages (arising out of a collision between the parties' vehicles) to support the jury's verdict in favor of

the defendant, the trial court did not err in denying the plaintiff's motion for a new trial on the general grounds.

*Judgment affirmed. Hall, P. J., and Eberhardt, J., concur.*
ARGUED SEPTEMBER 20, 1971—DECIDED OCTOBER 5, 1971—
REHEARING DENIED OCTOBER 19, 1971—

*Edwards & West, James I. Parker,* for appellant.
*Rogers, Magruder & Hoyt, Karl M. Kothe,* for appellee.